IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

-FILED-

MAY 10 2021

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Matthew M. May )
429 E. Dupont Road, #1156 )
Fort Wayne, IN 46825 )
)
**Plaintiff,** )   Case No.: _____
)
vs. )
)
Ashley Shippy )
3226 Village Lane )
Plover, WI 54467 )
)
**Defendant** )
)
Lauren Sanford )
3077 Moss Bridge Lane )
Myrtle Beach, SC 29579 )
)
**Defendant** )

1:21CV177

## COMPLAINT FOR A CIVIL CASE

### PARTIES

1. The Plaintiff:
   Matthew M. May, 429 E. Dupont Rd. #1156. Fort Wayne, IN 46825

2. Defendant 1:
   Ashley Shippy, 3226 Village Lane. Plover, WI 54467

3. Defendant 2:
   Lauren Sanford, 3077 Moss Bridge Lane. Myrtle Beach, SC 29579

## BASIS FOR JURISDICTION

4. The Plaintiff, Matthew M. May, is resident of the State of Indiana.
5. The Defendant, Ashley Shippy, is a resident of the State of Wisconsin.
6. The Defendant, Lauren Sanford, is a resident of the State of South Carolina.
7. Damages sought by the plaintiff, Matthew May, exceed $75,000.

## STATEMENT OF CLAIM

8. Plaintiff, Matthew M. May, proceeding Pro Se, brings this action pursuant to 28 U.S. Code § 4101 to remedy acts of Defamation by defendant(s) Ashley Shippy and Lauren Sanford.
9. Plaintiff hired defendant, Ashley Shippy, to perform various administrative tasks, via the freelancer platform Upwork on approximately April 12, 2021.
10. Plaintiff hired defendant, Lauren Sanford, to perform various administrative tasks, via the freelancer platform Upwork on approximately April 13, 2021.
11. Both defendant Ashley Shippy, and defendant Lauren Sanford, were to log their hours via an automated billing tool provided by Upwork.
12. Defendant Lauren Sanford attempted to circumvent this automated billing prior to beginning work, and solicited prepayment via online payment service Venmo, in violation of Upwork's Terms of Service.
13. Plaintiff refused to co-conspire with defendant Lauren Sanford in violating Upwork's Terms of Service, and refused to provide payment via Venmo.
14. Defendant Ashley Shippy attempted to bill via manual invoicing on Upwork, several hours not logged with Upwork's automated billing system, which she could not substantiate that she truly worked.
15. Defendant Lauren Sanford attempted to bill via manual invoicing on Upwork, several hours not logged with Upwork's automated billing system, which she could not substantiate that she truly worked.
16. On April 27, 2021, plaintiff was made aware of false and defamatory comments posted by defendant Ashley Shippy on the website "ripoffreport.com"
17. On April 27, 2021, plaintiff was made aware of a false and defamatory review posted by defendant Ashley Shippy on the website Google Reviews.
18. On April 27, 2021, plaintiff was made aware of false and defamatory comments posted by defendant Ashley Shippy on the website "fdfc.ru"
19. On April 27, 2021, plaintiff was made aware of a false and defamatory review posted by defendant Lauren Sanford using the alias "Laur Ford" on the website Google Reviews.
20. On April 30, 2021, defendant Lauren Sanford admitted via email to posting the aforementioned review on Google Reviews using an alias.
21. On April 30, 2021, plaintiff reached out to defendant Ashley Shippy via email and US Priority Mail demanding that all false and defamatory information posted by her online be removed within 10 days. This same email further demanded that substantiation for hours worked be

21. (continued) provided and that a non-disclosure agreement forbidding defendant from making further slanderous statements be signed by both defendant and plaintiff in order to clear any payment due defendant Ashley Shippy.
22. On April 30, 2021, plaintiff reached out to defendant Lauren Sanford via email and US Priority Mail demanding that all false and defamatory information posted by her online be removed within 10 days. This same email further demanded that substantiation for hours worked be provided and that a non-disclosure agreement forbidding defendant from making further slanderous statements be signed by both defendant and plaintiff in order to clear any payment due defendant Lauren Sanford.
23. To date, defendant Ashley Shippy has failed to remove her slanderous comments from the website(s) ripoffreport.com, fdfc.ru, and Google Reviews.
24. To date, defendant Ashley Shippy has failed to provide substantiation of hours billed.
25. To date, defendant Lauren Sanford has failed to remove her slanderous comments from the website Google Reviews.
26. To date, defendant Lauren Sanford has failed to provide substantiation of hours billed.

## RELIEF

27. Plaintiff seeks relief in the amount of $250,000 for lost potential wages due to defendant(s) defamatory comments.
28. Plaintiff seeks treble damages due to the fraudulent nature of billing practices by defendant Ashley Shippy and defendant Lauren Sanford.
29. Plaintiff seeks $1,000,000 in punitive damages from defendant Ashley Shippy for each occurrence of defamatory information posted online, totaling three (3) occurrences and total punitive damages in the amount of $3,000,000.
30. Plaintiff seeks $1,000,000 in punitive damages from defendant Lauren Sanford for a single occurrence of defamatory information posted online.

## CLOSING

By signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law; and (3) the factual contentions have evidentiary support. Further, I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted,

_____

Matthew M. May

Pro Se

429 E. Dupont Rd., #1156

Fort Wayne, IN 46825