AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW M MAY
　　Plaintiff

　　　　v.　　　　　　　　　　　　　　Civil Action No.  1:21-cv-177

ASHLEY SHIPPY

LAUREN SANFORD
　　Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐　the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐　the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:　This case is DISMISSED.  JUDGMENT IS ENTERED in favor of the Defendants, Ashley Shippy and Lauren Sanford.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Holly A. Brady

DATE:　6/22/2021　　　　　　　　　　ROBERT TRGOVICH, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　by　　S. Kowalsky
　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*